

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### 117 U.S. COURTHOUSE
### SPRINGFIELD, ILLINOIS 62701

**CHAMBERS**
**OF**
**RICHARD MILLS**
UNITED STATES DISTRICT JUDGE

(217) 492-4340
FAX: (217) 492-4342

June 24, 2004

THE HONORABLE MARY M. LISI
Chair
Financial Disclosure Committee
Administrative Office of U.S. Courts
One Columbus Circle, N.E., Suite 2-301
Washington, D.C. 20544

### RE: CALENDAR YEAR 2003 FILING

Dear Judge Lisi:

Your June 3, 2004 letter is acknowledged and the following answers are submitted for your consideration:

Part VI: The "NONE" box should have been checked. I have no reportable liabilities.

Part VII, line 1: "Farming Operations" are ███████ and take place in DeWitt County, Illinois.

Part VII, lines 3 and 4: Column C was inadvertently filled in. Please delete Column C(1) and (2) as to both Vanguard and Invesco since they were totally liquidated.

Part VII, line 18: Deere & Co. Credit Union (CD) was purchased, November 4, 2003, value code J, by ███████

If I have failed to adequately ans███████████████████████████



RM/lrb

DISCLOSURE REPORT

FOR CALENDAR YEAR 2003

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. App. §§101-111)

| 2. Court or Organization | 3. Date of Report |
|---|---|
| U.S. District Court Central District of Illinois | 3-31-04 |

| 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|
| ___ Nomination, Date _____ | 1/1/03 - 12/31/03 |
| ___ Initial   X  Annual  ___ Final | |

8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.

117 U.S. Courthouse
600 E. Monroe St.
Springfield, IL   62701

Reviewing Officer _____  Date_____

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| Member, | Abraham Lincoln Council, Boy Scouts of America |
| 3 Member, Board of Directors | ILLINOIS COLLEGE Abraham Lincoln Association |
| 5 Member, Board of | Lincoln Academy of Illinois Prairie Education & Research Cooperative (Medical Research) |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|

A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | State of Illinois, Judicial Retirement System | $ 80,631.72 |
| 2 | t | $ 2,513.00 |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

| | | |
|---|---|---|
| 1 | Farming Operation | |
| 2 | | |

FINANCIAL DISCLOSURE OFFICE    APR 7 10 02 AM '04    RECEIVED

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| SOURCE | DESCRIPTION |
|---|---|
| □ NONE (No such reportable reimbursements.) | |
| March 10-16 - George Mason Univ. Civil Society Seminar, LaJolla, CA | Transportation, lodging, food |
| May 22-24 - Federal Circuit Bench & Bar Conference, Amelia Island, FL | Transportation, lodging, food |
| Aug. 25-29 - Department of Justice Criminal Trial Advocacy Mock Trials, Columbia, SC | Transportation, lodging, food |
| Nov. 4-7 - American Councils for International Education, Washington, D.C. | Transportation, lodging, food |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| □ NONE (No such reportable gifts.) | | |
| 1 The Sangamo Club Springfield, IL (a city club) | Honorary Membership (Initiation fee, $1250, and $50 @ mo. dues waived) | $ |
| | | $ |
| 2. Union League Club of Chicago | Judicial Privilege Membership (Initiation fee waived, $750) I pay monthly dues of $55.00 | $ |
| | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| □ NONE (No reportable liabilities.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

Value Codes: J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, | | | | | | | | | |
| 1 Farming Operation | D | INC | N | 8-18-97 W | Inherit | | | | See VIII |
| 2 IRA, Invesco (Gold) | A | DIV | J | T | | | | | Now "Energy Fund" |
| 3 Vanguard (Gold) | | None | J | T | Liquidated | 3-0? | J | (Loss) B | Now "Energy Fund" |
| 4 Invesco (Gold) | | None | J | T | Liquidated | 3-0? | J | (Loss) C | |
| 5 IRA, Vanguard (Gold) | A | INC | J | T | | | | | Now "Energy Fund" |
| 6 Intel | A | DIV | J | T | | | | | |
| 7 Home Seekers.com (formerly NDS Software) | A | DIV | J | T | | | | | |
| 8 IRA, Invesco (Gold) | | None | J | T | | | | | (Same as #2) |
| 9 LSI Logic Corp. | | None | K | T | | | | | |
| 10 C.P. Pokphand Co. | | None | J | T | | | | | |
| 11 Fletcher Challenge | | None | J | T | | | | | |
| 12 Hong Kong Telec | | None | J | T | | | | | |
| 13 Graphon Corp. | | None | J | T | | | | | |
| 14 Sun Microsys. | | None | J | T | | | | | |
| 15 Intel (Waterhouse) | A | DIV | J | T | | | | | |
| 16 Home Seekers (HMSK) | | None | J | T | Partial Liquid. | 7-0? | J | (Loss) J | |
| 17 LSI Logic | | None | J | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Asset (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amt. Code 1 (A-H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, | | | | | | | | | |
| 18 Deere & Co. Credit Union (CD) | A | DIV | J | T | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Mills, Richard H. | Date of Report<br>3-31-04 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part III, line 3;  Part VII, line 1:  "Farming Operation" inherited on 18 August 1997, under living trust and will; no probate required; appraisal is estimated.  Retained for investment and income.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I fu███████████income from outside employment and honoraria █████acceptance of gifts which have been reported are in complia███████████████████████████████████████cial Conference regulations.

Signatu██████████████████████████████████ Date ___31 March 2004___

NOTE: ████████████████████████████FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

FILING INSTRUCTIONS

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544